IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

| | |
|---|---|
| Civil Action: 13-cv-01730-WJM-CBS | FTR - Reporter Deck - Courtroom A402 |
| Date: March 10, 2014 | Courtroom Deputy: Courtni Covington |

| *Parties:* | *Counsel:* |
|---|---|
| LEHMAN BROTHERS HOLDINGS, INC., | Christopher P. Carrington |
|   | *(appearing by phone)* |
|   Plaintiff, | |
| v. | |
| REPUBLIC MORTGAGE HOME LOANS, LLC, | William F. Jones |
|   Defendant. | |

## COURTROOM MINUTES/MINUTE ORDER

**HEARING: MOTION HEARING**
**Court in Session: 1:42 p.m.**
Court calls case. Appearances of counsel.

Argument and discussion between the court and parties regarding Plaintiff's **Motion to Modify Scheduling Order to Extend Deadlines for Discovery and Dispositive Motions and Request for Forthwith Hearing and Expedited Briefing Schedule** [Doc. No. 49].

Discussion held regarding Plaintiff's request for an extension of time, deposing the two borrowers in question, discovery that has been completed thus far, and Defendant's intention of filing a motion for summary judgment.

Discussion between the court and Defense counsel regarding Defendant's objection to the *Motion to Modify* and if they will be prejudiced by extended discovery and dispositive motion deadlines.

For the reasons stated on the record, it is

**ORDERED:** *Motion to Modify Scheduling Order to Extend Deadlines for Discovery and Dispositive Motions and Request for Forthwith Hearing and Expedited Briefing Schedule* [Doc. No. 49, filed 2/27/2014] is **GRANTED in part** and **DENIED in part**.

> The *Motion* is **GRANTED** to the extent the court will extend the discovery cut-off deadline to **March 31, 2014** solely for the purpose of Plaintiff deposing the two borrowers as discussed on the record. The court will not extend discovery for any other purpose. The dispositive motion deadline is extended to **May 1, 2014**. The *Motion* is **DENIED** in all other respects.

The court notes depending on the borrowers' statements at their depositions, Plaintiff's counsel may seek leave for limited further discovery or amendment of the complaint.

Discussion held regarding counsel for Plaintiff's request of potentially setting a settlement conference before the court. The court instructs the parties to further confer, and if they believe a settlement conference would be helpful, they may file a motion.

HEARING CONCLUDED.
**Court in recess**:    **2:52 p.m.**
Total time in court:    01:10

To order transcripts of hearings with Magistrate Judge Shaffer, please contact Avery Woods Reporting at (303) 825-6119 or toll free at 1-800-962-3345.